## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE ESTATE OF JACK P. SLOVAK, A/K/A JOHN PAUL SLOVAK, JR. AND JOHN PAUL SLOVAK, DECEASED.

No. 83085

FILED

FEB 03 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

TYLER SLOVAK,
                    Appellant,
            vs.
LYNN VALERIE SLOVAK,
                    Respondent.

### ORDER DISMISSING APPEAL

This is an appeal from a summary judgment denying a contest of a will. Second Judicial District Court, Washoe County; Lynne K. Simons, Judge.

This appeal was docketed in this court on June 21, 2021. It was removed from the settlement program on August 5, 2021, briefing was reinstated, and appellant was informed of the deadlines for filing of documents and briefs. Appellant filed the docketing statement on August 16, 2021, and has filed nothing since. The transcript request form was due August 19, 2021, and the opening brief was due November 3, 2021. On November 16, 2021, respondent filed a motion to dismiss the appeal based on appellant's failure to comply with this court's deadlines for filing. *See* NRAP 31(d) "If an appellant fails to file an opening brief or appendix within the time provided by this Rule, or within the time extended, a respondent may move for dismissal of the appeal or the court may dismiss the appeal on its own motion."). To date, appellant has not filed a response to the

22-03752

motion to dismiss or otherwise communicated with this court. Accordingly, this court concludes that appellant has abandoned this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Lynne K. Simons, District Judge
Jill I. Greiner, Settlement Judge
Robert J. Fedor LLC
Tory M. Pankopf, Ltd.
Wallace & Millsap LLC
Washoe District Court Clerk